**IN RE:**

Name: Daniel C. & Opal L. Hoffman                Case #    24-11089

Debtor Information:                              Spouse Information:
 SS#:  XXX-XX-1206                                SS#:  XXX-XX-8464
 Addr:  W8110 Phillips Rd                         Addr:  W8110 Phillips Rd
        Poynette, WI 53955                               Poynette, WI 53955
 County:  COLUMBIA                                County:  COLUMBIA

Debtor's Attorney:    NOE RINCON                  Date Filed:        05/31/2024
341 Meeting Date:  06/28/2024    Adjourned 341 Date:    Schedules Filed:
                                                  Plan Filed:        06/24/2024
Tape #:  3                                        Amd Plan Filed:    06/24/2024

**Appearances:**  Debtor:    WDL,SS, y y
                  Attorney:   y
                  Creditors:  _____

**1. INFORMATION WHICH WOULD MAKE DEBTOR'S STATEMENTS AND SCHEDULES MORE ACCURATE:**

 A. New Employment: _____
 B. New Address:
 C. Other:          _____
                    _____

**2. ELIGIBILITY / DEBT ANALYSIS:**

 A. Eligible under Section 109(e)?    Y

 B. Analysis of Scheduled Debt:

|            |            |
|------------|-----------:|
| Attorney   | 4,500.00   |
| Unsecured  | 61,465.15  |
| Refund     | 0.00       |
| Secured    | 307,403.84 |
| Case Costs | 0.00       |
| Total Debt | 373,368.99 |

C. Does Debtor have Regular Income?     Y

D. Prior Bankruptcies:     Notice of Debtor's Prior Filings
21-12309Ch13 filed in Wisconsin Western on 11/12/2021, Dismissed for failure to make plan payments on 12/07/2023  teache and
20-12117Ch13 filed in Wisconsin Western on 08/14/2020, Dismissed for failure to make plan payments on 10/20/2021
20-10500Ch13 filed in Wisconsin Western on 02/21/2020, Dismissed for Other Reason on 04/08/2020

E. DSO's:     Y _____     N _____

_____

F. Tax Returns

_____

| Tax Year | Income | Refund Due Trustee | Federal Tax Return Received On | Refund Amt | State Tax Return Received On | Refund Amt | EIC Amount | Other Amount | Other 1 Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2023 | 50,127.00 | 877.00 | | 1,219.00 | | 3,128.00 | 1,970.00 | 1,500.00 | 0.00 |

G. Self Employment

Is Debtor Self Employed?                                              N

Does Debtor Incur Trade Debt?                                    Y _____     N _____

Did Debtor Complete Business Trade Questionnaire?     Y _____     N _____

Will a Monthly Operating Report be Required?            Y _____     N _____

**3. MONTHLY BUDGET:**

| | | | |
|---|---|---|---|
| Budgeted Income | 9713.16 | Available for Plan | 2281.90 |
| Budgeted Expenses | 7431.26 | Plan Payments | 2162.89 |
| Available for Plan | 2281.90 | Excess | 119.01 |

A. Does Budget appear reasonable?     Y

-$2133.60 SSI
- DEPENDENTS ARE 18, 21, 22 - BUDGET NOTES 'COLLEGE STUDENTS,' ELDEST SON RECEIVES SSI WHICH IS KEPT IN SEPARATE BANK ACCT.  FOR HOW LONG WILL THEY REMAIN AT HOME & DEPENDENT/NOT-CONTRIBUTING TO HOUSEHOLD- yes, will be some time

-BUDGET GENEROUS, FOOD+PERS CARE $1650/MO? - discussed review if modified $700/MO TRANSPORTATION; PET/ANIMAL EXPENSES $1005/MO (4 DOGS, 3 CATS, 4 ELDERLY HORSES, TORTOISE, 40 CHICKENS, 10 DUCKS, DUCKLINGS)

B. Means Test:  Is all disposable income applied?  (Sec 1325(b)(1)(B))     Y

-SCH B#49 FARM EQUIPMENT NOT ITEMIZED & VALUE UNKNOWN
-SCHED B #51 INCLUDES 'DEPT OF AG NON-COMMERCIAL W/ EGG LAYING PASTURE' VALUE UNKNOWN - EXPLAIN - hobby farm items not commercial sized, lawnmower tractor, misc, not rented out

C. Will debtor be able to make all payments under the plan and comply with the plan? (Sec 1325(a)(6)Y

-HOW IS THIS CASE DIFF FROM PREVIOUS FILINGS?
-D2 WORKS AS TEACHER, PAID 9 OR 12 MONTHS? 12
-ONE VEHICLE FOR FAMILY OF 5- older daughter has one

**4. PLAN:**

A. Number of months the Plan is expected to last:     45

| Payment Start | Payment End | Payment Amount | Frequency | Source |
|---|---|---|---|---|
| 6/30/2024 | 7/29/2024 | 750.00 | MONTHLY | DEBTOR |

| Payment Start | Payment End | Payment Amount | Frequency | Source |
|---|---|---|---|---|
| 7/30/2024 | 3/29/2028 | 2,195.00 | MONTHLY | DEBTOR |

B. Total to be paid into the Plan: 97330.00

C. Approximate percentage to Unsecureds: 0

D. Source of Income: VA PENSION + SOCIAL SECURITY

   Spouse income: SUN PRAIRIE SCHOOL DISTRICT

E. Wage Order Sent To: DEBTOR on 25th pending on tfs

F. Payments received to Date: $1,000.00
   Will debtor commence payments within 30 days after the plan has been filed? Y

G. Has the plan been proposed in good faith and not any means forbidden by law? (Sec 1325(a)(3)Y
   If "No", plan cannot be confirmed.

H. Attorney Fee Requested 4500.00          Paid to Date: _____
   Balance Due Under Plan        4500.00 Approximate months to pay: 45.00
              Trustee recommends amount requested? Y
              If no, amount the Trustee recommends:

I. Does the Plan Properly Classify Debts? Y
   _____

J. Does the plan provide for curing of default or payment in full of Secured Debt? (Sec 1325(a)(5)N
      - OBJ TO CONF FILED BY NATIONSTAR (7/3/2024)
      - OBJ TO CONF BY CAP ONE

K. Does the plan provide for full payment of Priority Debt? Y
      -NONE

L. Was a Liquidation
   Analysis Provided By the        Under Chapter 7                    Under Chapter 13
   Debtor? (Sec 1325(a)(5))  Assets:             483325.37  Total Paid To Plan:          97330.00
       N                     Admin, Security:              A.S.P. Debt:   311903.84
   Unsecureds Do Better      Priority (ASP)      311903.84  Less Direct:   224074.96    87828.88
   Under Chapter: 13         Exemptions:         173874.09  Trustee Fee on Net A.S.P:     6206.32
                             Available for UnSec:  -2452.56  Amt Avail for Unsec:          3294.80

## 5. CLAIMS AND OBJECTIONS

### Direct Claims

NATIONSTAR MORTGAGE LLC            Scheduled for:    223,746.84   Filed for:    0.00
   Claim Ref Number:        6      Scheduled as:  DIRECT          Filed as:     Not Filed
   Reason:  mortgage homestead W8110 Phillips Rd                 Filed date:
   Objection Filed? No

ECMC                               Scheduled for:       328.12   Filed for:    328.12
   Claim Ref Number:       27      Scheduled as:  DIRECT          Filed as:     Direct
   Reason:  STUDENT LOAN (PRIVATE)                               Filed date:   6/20/2024
   Objection Filed? No

### Secured

| | | | |
|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | Scheduled for: | 10,663.00 | Filed for: | 10,663.00 |

CAPITAL ONE AUTO FINANCE          Scheduled for: 10,663.00          Filed for: 10,663.00
   Claim Ref Number:    7          Scheduled as: Secured          Filed as: Secured
   Reason:   2017 Dodge Ram - VALUATION          Filed date: 7/10/2024
   Objection Filed?   No

NATIONSTAR MORTGAGE          Scheduled for: 72,994.00          Filed for: 0.00
   Claim Ref Number:    5          Scheduled as: Secured          Filed as: Not Filed
   Reason:   mortgage arrears homestead W8110 Phillips Rd          Filed date:
   Objection Filed?   Yes

### 7

US BANKRUPTCY COURT          Scheduled for: 0.00          Filed for: 0.00
   Claim Ref Number:    4          Scheduled as: Case Costs          Filed as: Not Filed
   Reason:          Filed date:
   Objection Filed?   No

### 8

DEBTOR          Scheduled for:          Filed for:
   Claim Ref Number:    2          Scheduled as: Refund          Filed as: Refund
   Reason:          Filed date: 5/31/2024
   Objection Filed?   No

DEBTOR          Scheduled for: 0.00          Filed for: 0.00
   Claim Ref Number:    3          Scheduled as: Refund          Filed as: Not Filed
   Reason:          Filed date:
   Objection Filed?   No

### Attorney

NOE RINCON          Scheduled for: 4,500.00          Filed for:
   Claim Ref Number:    1          Scheduled as: Attorney          Filed as: Not Filed
   Reason:          Filed date:
   Objection Filed?   No


**6. TRUSTEE RECOMMENDATIONS:**


Does Trustee Recommend Confirmation?       N

_____


Trustee Comments:

   { 4J }
   NOTE:
   - PD KREKELER'S OFFICE $7254.81 FOR LEGAL SERVICES FROM 6/2023 - 5/2024 PLUS
   NOW ADDL $4500 FOR CH. 13

   OBJECTION ISSUES:
   - OBJ TO CONF FILED BY NATIONSTAR (7/3/2024)
   - OBJ TO CONF BY CAP ONE


Date Completed:    07/22/2024          /s/ _____

                                                      Mark Harring
                                                     Standing Chapter 13 Trustee