# Chapter 13 Plan (Individual Adjustment of Debts)

| | | |
|---|---|---|
| ☐ _____ | Original Plan | |
| ■ 1st | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) | |
| ☐ _____ | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) | |

Debtor: Daniel C. Hoffman      SSN: xxx-xx-1206      Case Number: 24-11089-cjf

Joint Debtor: Opal L. Hoffman      SSN: xxx-xx-8464

## I. Notices

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans, and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified, or eliminated. If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation within 28 days after the completion of the Section 341 meeting of creditors. Additional objection deadlines may apply as set forth in Section IIIC below. The court may confirm this plan without further notice if no objection to confirmation is filed.

To All Parties: This form plan may not be altered other than in the nonstandard provisions in Section VII. The plan contains no nonstandard provisions other than those set out in Section VII.

Debtor(s) must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Not included," if both boxes are checked, or if no boxes are checked, the provision will be ineffective even if otherwise provided for in the plan.

**The deadline to object to the amended or modified plan is** September 10, 2024

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not Included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not Included |
| Nonstandard provisions, set out in Section VII | ■ Included | ☐ Not Included |

Unless otherwise provided for in this plan, the trustee shall disburse payments in the following order after trustee fees: equal monthly payments to secured creditors, administrative expenses including attorney fees, secured claims paid pro rata, priority claims, general unsecured claims.

## II. Plan Payments, Length of Plan, and Debtor(s)' Attorney's Fee

A. **Monthly Plan Payment:** This plan pays for the benefit of the creditors the amounts listed below, including trustee's fees beginning 30 days from the filing/conversion date. Debtor(s) will make payments by employer wage order unless otherwise requested. The payments must be made for the Applicable Commitment Period, either 36 or 60 months, or for a shorter period that is sufficient to pay allowed nonpriority unsecured claims in full.

1. $1,000.00    for    1     months;
2. $2,200.00    for    1     months;
3. $2,240.00    for    50    months;
4. $0.00        for          months;
5. $0.00        for          months;
6. $0.00        for          months;
7. $0.00        for          months;
8. $0.00        for          months;
9. $0.00        for          months;
10. $0.00       for          months;
11. $0.00       for          months;

The total amount of estimated payments to the trustee:      $115,200.00

**B. Debtor(s)' Attorney's Fee:** ☐ None    ☐ Pro Bono

Unless otherwise ordered, allowed administrative expenses for attorney's fees will be paid by the trustee.

| Total Fees: | $4500.00 | Total Paid: | $2495.86 | Balance Due: | $2004.14 |
|---|---|---|---|---|---|
| Payable | /month (Months | to ) | | | |

Payments made related to current bankruptcy in the amount of $2,495.86 plus $313 (filing fee)

## III. Treatment of Secured Claims

If a secured claim is not provided for in Section III, then the trustee will not disburse any funds to the holder of the claim.

If a claim listed in the plan as secured is filed or otherwise allowed as fully unsecured, the trustee will pay the claim as an unsecured claim as provided in Section V, and the claim will not be paid as a secured claim under Section III.

If a secured creditor obtains relief from the automatic stay as to collateral listed in Section III, the trustee will cease further payments to that creditor and, as of the date of entry of the order granting stay relief, the plan will be deemed not to provide for that creditor's secured claims beyond payments actually made to the creditor as of that date.

Payment of Notices filed under Rule 3002.1(c): The trustee will pay post-petition notices of fees, expenses, and charges filed pursuant to Bankruptcy Rule 3002.1(c) ("3002.1(c) Notice") pro rata when the trustee pays other secured creditors, unless the debtor timely objects to the 3002.1(c) Notice. A modified plan may be required to maintain feasibility. If the debtor timely objects, the trustee will pay the amount as determined by the court. The trustee will not pay 3002.1(c) Notice amounts if the plan provides for avoidance of the creditor's lien or the surrender of all property securing the creditor's claim.

A. **Payment in Full:** With the exception of tax claims of governmental units, the claims listed below will be paid in full, with the interest rate stated below. If the plan does not state an interest rate, the proof of claim controls the rate of interest. If no interest rate is listed in the plan or the proof of claim, the plan pays the claim without interest. For tax claims of governmental units, the debtor must state the rate required by 11 U.S.C. § 511 to permit the parties to calculate feasibility.

**The allowed claim amount stated on a proof of claim controls over any contrary claim amount listed in this section, whether the allowed claim amount is higher or lower (applies to Section IIIA only).**

The holder of any allowed secured claim listed in this section will retain its lien as provided in 11 U.S.C. § 1325(a)(5)(B)(i).

| 1. Creditor: |
|---|
| Address:         Arrearage on Petition Date: |
|                  Payoff on Petition Date: |
|                  [Select Payment Type]        $0.00      /month |
| Account Number: |
| Interest Rate: |
| Disburse adequate protection pre-confirmation $ |
| Other: |
| ☐ Real Property                             Check one below for Real Property: |
|   ☐ Principal Residence                     ☐ Escrow is included in the regular payments |
|   ☐ Other Real Property                     ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly |
| Address of Collateral: |
| ☐ Personal Property/Vehicle |
| Description of Collateral: |

**B. Maintenance of Payments and Cure of Default:** The debtor(s) will maintain payments during the case on the allowed secured claims listed below pursuant to 11 U.S.C. § 1322(b)(5).

The trustee will pay the arrearage listed on any allowed proof of claim filed before the deadline under Bankruptcy Rule 3002(c) or 3004. If the interest rate is left blank, the trustee will not pay interest on the arrearage. The installment payments will be paid as indicated below.

Any arrearage and the current monthly installment listed on a proof of claim (or a notice filed pursuant to Bankruptcy Rule 3002.1) control over any contrary amounts stated below.

1. **Creditor:** Nationstar Mortgage LLC
   **Address:**
   **Arrearage on Petition Date:** $90,679.78
   **Payoff on Petition Date:** $336,053.41
   **Arrears Payment (Cure):** $1,743.27 /month
   **Account Number:** 6217
   **Interest Rate:** 0
   **Disburse adequate protection pre-confirmation $** 0
   **Other:**

   ☒ Real Property
       ☒ Principal Residence
       ☐ Other Real Property

   Check one below for Real Property:
       ☒ Escrow is included in the regular payments
       ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

   **Address of Collateral:**
   W8110 Phillips Road
   Poynette, WI 53955

   ☐ Personal Property/Vehicle
   **Description of Collateral:**

**C. Valuation of Collateral:** ☐ NONE

The debtor requests that the court determine the allowed value of the secured claims listed below.

☐ A SEPARATE MOTION WILL BE FILED AND SERVED UPON YOU PURSUANT TO BANKRUPTCY RULE 7004.

☒ AS PROVIDED IN RULE 3012, THE DEBTOR REQUESTS THAT THE VALUE FOR each secured claim BELOW should be the *Amount of Secured Claim* set forth below. The *Amount of Secured Claim* will be paid in full with interest at the rate stated below. If the total amount of the proof of claim is less than the *Amount of Secured Claim* below, the lower amount listed on the proof of claim is allowed and will be paid in full. If no interest is stated below, the proof of claim controls the interest rate. If no interest rate is listed in the plan or proof of claim, then no interest will be paid.

IF A CREDITOR LISTED BELOW OBJECTS TO THE PROPOSED VALUATION, AN OBJECTION MUST BE FILED ON OR BEFORE:  9/10/2024

The portion of any allowed claim that exceeds the *Amount of Secured Claim* will be treated as an unsecured claim under section V of this plan. The allowed amount of the creditor's total claim listed on the proof of claim controls over the *Estimated amount of creditor's total claim* listed below.

The holder of any allowed secured claim listed in this section will retain its lien as provided in 11 U.S.C. § 1325(a)(5)(B)(i).

1. **REAL PROPERTY:** ☒ NONE
2. **VEHICLE(S):** ☐ NONE

| 1. Creditor: Capital One Auto Finance | Estimated amount of creditor's total claim: | Payment |
|---|---|---|
| Address: 4515 N Santa Fe Ave, Dept. APS Oklahoma City, OK 73118-0000 | Value of Collateral: $11,500.00 | Est. total paid in plan: $13,788.00 |
|  | Amount of claims senior to creditor's claim: $0.00 | Adequate Protection Payment: $265.15 |
| Account No.: | Amount of Creditor's Lien: $12,563.00 | Equal Monthly Payment: $265.15 |
| VIN: 1C6RR7FT6HS834644 | Interest Rate: 8.50% | |
| Description of Collateral: | | |

3. **PERSONAL PROPERTY:** ■ NONE

D. **LIEN AVOIDANCE**   ■ NONE

E. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

■ NONE

## IV. Treatment of Fees and Priority Claims (as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4))

Trustee's fees are governed by statute, may change during the course of the case, and should not be specified herein.

All allowed priority claims will be paid in full without post-petition interest unless the plan otherwise provides.

The priority debt amount listed on a filed proof of claim controls over any contrary amount listed in this section, unless the court determines that a different amount of the allowed claim is entitled to priority.

A. **PRIORITY TAX CLAIMS:**           ■ NONE

B. **DOMESTIC SUPPORT OBLIGATION(S):**  ■ NONE

C. **OTHER:**      ■ NONE

## V. Treatment of Unsecured Nonpriority Creditors

A. Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata from any remaining funds after paying other disbursements made in accordance with the plan until either the applicable commitment period is reached or nonpriority unsecured claims are paid in full, whichever comes first.

Pro rata dividends will be calculated by the Trustee upon review of filed claims after the bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:**   ■ NONE

*Debtor(s) certifies the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

## VI. EXECUTORY CONTRACTS AND UNEXPIRED LEASES: Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

■ NONE

## VII. Non-Standard Plan Provisions

☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Debtors shall continue to pay federal student loan obligations pursuant to their repayment plan with the Department of Education outside of the Chapter 13 Plan.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing Chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor    _____ Joint Debtor
                          Date                                  Date

/s/ Noe J. Rincon      August 13, 2024
Attorney with permission to sign on         Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) [or Debtor(s) if not represented by counsel] certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VII.**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re: Daniel C. Hoffman  
Opal L. Hoffman

Chapter 13  
Case No.: 3-24-11089-cjf

**REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN**

1. This request to amend an unconfirmed Chapter 13 Plan supersedes all prior requests to amend the Plan and includes all proposed amendments. Terms not fully stated here or in the original Plan are not part of the Plan.

2. Service: A certificate of service must be filed with this request for plan amendment, together with the amended Western Wisconsin Local Form 3015-1.1.

3. Designate one of the following:

   ☒ A copy of this proposed amendment has been served on the parties (the debtor, the trustee, the United States Trustee and all creditors) as required by Fed. R. Bank. P. 3015(g); or

   ____ A motion requesting limited service is being filed simultaneously with the Court.

4. I request the following amendment of the Chapter 13 Plan filed with the Court:
   See Attached.

All remaining terms of the original Chapter 13 plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment will control.

WHEREFORE, each Debtor requests the Court approve this proposed amendment to the original Chapter 13 Plan.

Local Form No. 3015-1.2    12/01/2017

# AMENDMENTS TO CHAPTER 13 PLAN

## II. Plan Payments, Length of Plan, and Debtor(s)' Attorney's Fee
### A. Monthly Plan Payment

Debtor's plan is changed to be for 52 months, with payments made as follows:

$1,000.00 for 1 Month;
$2,200.00 for 1 Month;
$2,240.00 for 50 Months

Total Estimated Payments Made: $115,200.00

### B. Debtor(s)' Attorney's Fee

Attorney's Fees to be paid as administrative claim.

Amended Balance to be paid through the plan is $2,004.14.

## III. Treatment of Secured Claims

### B. Maintenance of Payments and Cure of Default

Creditor 1:

Arrearage on Petition Date: $90,679.78
Payoff on Petition Date: $336,053.41
Arrears Payment (Cure): $1,743.27

### C. Valuation of Collateral

Creditor 1:

Deadline to Object to Valuation: 9/10/2024
Value of Collateral changed to $11,500.00
Valuation of creditor's lien changed to $12,563.00
Monthly payments and adequate protection payments shall be $265.15/month.

## VII. Nonstandard Provisions

"Debtors shall continue to pay federal student loan obligations pursuant to their repayment plan with the Department of Education outside of the Chapter 13 Plan."

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

DANIEL C. HOFFMAN,
OPAL L. HOFFMAN

Case No. 3-24-11089-cjf

Debtors.

# NOTICE OF DEBTOR'S REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

**PLEASE TAKE NOTICE** that the above-named Debtors, Daniel C. Hoffman and Opal L. Hoffman, by their attorneys, Krekeler Law, S.C., have filed papers with the Court requesting to amend her unconfirmed Chapter 13 Plan, a copy of which is attached hereto and incorporated herein.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to eliminate or change your claim, then on or before **twenty-one days (21 Days)** from the date of this Notice you or your attorney must:

File with the court a written objection and request for hearing, explaining your objection to Debtor's Request to Amend Unconfirmed Chapter 13 Plan at:

United States Bankruptcy Court
120 North Henry Street
Madison, WI 53703

If you mail your objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Attorney Noe J. Rincon
Krekeler Law S.C.
26 Schroeder Ct., Ste. 300
Madison, WI 53711

U.S. Trustee
780 Regent Street, Suite 304A
Madison, WI 53715

If you or your attorney does not take these steps, the court may decide that you do not oppose the Debtor's Request to Amend Unconfirmed Chapter 13 Plan and, therefore, may enter an order granting said Amended Chapter 13 Plan.

Dated this 13th day of August 2024.

**KREKELER LAW, S.C.**

By: _____
Noe J. Rincon
State Bar No. 1124893
*Attorneys for Debtors,*
Daniel C. Hoffman and Opal L. Hoffman

**ADDRESS:**
26 Schroeder Ct., Ste. 300
Madison, WI 53711
(608) 258-8555
nrincon@ks-lawfirm.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

*In re:*

DANIEL C. HOFFMAN and
OPAL L. HOFFMAN,

Case No. 24-11089-cjf

Debtors.

**CERTIFICATE OF SERVICE**

STATE OF WISCONSIN )
                            ) ss.
COUNTY OF DANE )

       The undersigned, being first duly sworn on oath, deposes and says that on August 13, 2024, the undersigned electronically filed and emailed a copy of the Debtors' Amended Chapter 13 Plan, Debtors' Notice of Request to Amend Chapter 13 Plan, Request to Amend Unconfirmed Chapter 13 Plan to the following parties in interest:

       Office of the United State Trustee       Trustee Mark Harring
       780 Regent Street, Suite 304A             1222 W. Washington Ave., #500
       Madison, WI 53715                          Madison, WI 53703

       The undersigned, being first duly sworn on oath, deposes and says that on August 13, 2024, the undersigned mailed, properly enclosed in a postpaid envelope, a copy of the Debtor's Amended Chapter 13 Plan, Debtors' Notice of Request to Amend Chapter 13 Plan, Request to Amend Unconfirmed Chapter 13 Plan to all on attached list and to the following parties in interest:

Daniel C. Hoffman
Opal L. Hoffman
W8110 Phillips Road
Poynette, WI 53955-8801

By: _____
       Cheryl Watson

```
Label Matrix for local noticing              AIS Portfolio Services LP                    ASPEN FAMILY COUNSELING
0758-3                                       Attn: Capital One Auto Finance               PO BOX 83
Case 3-24-11089-cjf                          4515 N. Santa Fe Ave,, Dept. APS             PORTAGE, WI 53901-0083
Western District of Wisconsin www.wiwb.uscour Oklahoma City, OK 73118-7901
Madison
Tue Aug 13 16:46:17 CDT 2024

(p)ALASKA USA FCU                            Aspirus                                      Attorney Joseph R. Johnson
ATTN BANKRUPTCY                              PO Box 1008                                  Kohn Law Firm, S.C.
4220 B STREET                                Wausau, WI 54402-1008                        735 N. Water Street, Suite 1300
ANCHORAGE AK 99503-5911                                                                   Milwaukee, WI 53202-4106


Attorney Kirk R. Emick                       Axcess Financial                             Becket and Lee LLP
Kohn Law Firm SC                             dba Check 'n Go                              PO Box 3001
735 N Water St., Ste 1300                    7755 Montgomery Rd                           Malvern, PA 19355-0701
Milwaukee, WI 53202-4106                     Cincinnati, OH 45236-4291


Bonded Collectors of Wisconsin, Inc.         Bureaus Investment Group Portfolio No 15     Bureaus Investment Group Portfolio No 15
P.O. Box 83                                  PO Box 788                                   c/o PRA Receivables Management LLC
Portage, WI 53901-0083                       Kirkland, WA 98083-0788                      PO Box 41021
                                                                                          Norfolk, VA 23541-1021


Capital One - Maurices                       Capital One Auto                             Capital One Auto Finance
PO Box 30253                                 c/o Disputes                                 4515 N Santa Fe Ave.
Salt Lake City, UT 84130-0253                PO Box 259407                                Dept. APS
                                             Plano, TX 75025-9407                         Oklahoma City, OK 73118-7901


Capital One Auto Finance, a division of      Capital One Auto Finance, a division of Capi Capital One Bank
AIS Portfolio Services, LLC                  4515 N Santa Fe Ave. Dept. APS               PO Box 30281
4515 N Santa Fe Ave. Dept. APS               Oklahoma City, OK 73118-7901                 Salt Lake City, UT 84130-0281
Oklahoma City, OK 73118-7901


Capital One Bank                             Capital One Bank (USA)                       Capital One, N.A.
c/o American InfoSource                      American InfoSource as agent                 by AIS InfoSource LP as agent
PO Box 71083                                 4515 N. Santa Fe Ave                         4515 N Santa Fe Ave
Charlotte, NC 28272-1083                     Oklahoma City, OK 73118-7901                 Oklahoma City, OK 73118-7901


Cash Central                                 Cash Net USA                                 Charter Communications
6785 Bobcat Way, Suite 200                   175 West Jackson Blvd, Suite 1000            2701 Daniels Street
Dublin, OH 43016-1443                        Chicago, IL 60604-2863                       Madison, WI 53718-6792


(c)CHECK 'N GO                               Check N Go                                   Check N Go
2800 NEW PINERY RD STE 13                    2531 8th St S                                PO Box 36124
PORTAGE WI 53901-9293                        Wisconsin Rapids, WI 54494-6162              Cincinnati, OH 45236-0124


Comenity Bank                                Comenity Bank - JJill                        Comenity Bank - Lane Bryant
Bankruptcy Department                        PO Box 182789                                PO Box 182789
PO Box 182125                                Columbus, OH 43218-2789                      Columbus, OH 43218-2789
Columbus, OH 43218-2125
```

Commenity Bank - Ulta
PO Box 182120
Columbus, OH 43218-2120

Dish Network
9601 S Meridian Blvd
Englewood, CO 80112-5905

Divine Savior Healthcare
PO Box 387
Portage, WI 53901-0387

Christopher C. Drout
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841

ECMC
PO Box 16408
Saint Paul, MN 55116-0408

Evan Lincoln Moscov
Law Office of Evan Moscov
325 Washington St., Suite 303
Waukegan, IL 60085-5526

Evan Lincoln Moscov
Law Office of Evan Moscov
PO Box 8305
Waukegan, IL 60079-8305

Fed Loan Servicing
P.O Box 60610
Harrisburg, PA 17106-0610

Fingerhut Direct Market
ATTN: Customer Service
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

Gray & Associates, L.L.P.
Attorney Jay J. Pitner
16345 West Glendale Drive
New Berlin, WI 53151-2841

(p)MARK HARRING
ATTN STANDING TRUSTEE
122 WEST WASHINGTON AVENUE SUITE 500
MADISON WI 53703-2758

Daniel C. Hoffman
W8110 Phillips Rd
Poynette, WI 53955-8801

Opal L. Hoffman
W8110 Phillips Rd
Poynette, WI 53955-8801

IC System, Inc.
444 Highway 96 East
PO Box 64378
Saint Paul, MN 55164-0378

IRS - Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)JORA CREDIT
7701 LAS COLINAS RIDGE SUITE #650
IRVING TX 75063-8114

Krysta L. Kerr
Credit Solutions, S.C.
626 E. Wisconsin Avenue
Milwaukee, WI 53202-4616

Kohl's Department Store
PO Box 3115
Milwaukee, WI 53201-3115

LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Madison Gas & Electric Co.
PO Box 1231
Madison, WI 53701-1231

Midland Credit Management
PO Box 2037
Warren, MI 48090-2037

Midland Funding
Midland Credit Management Inc.
PO Box 2001
Warren, MI 48090-2001

Midwest Recovery Systems LLC
514 Earth City Plaza, Suite 100
Earth City, MO 63045-1303

Evan L Moscov
Law Office of Evan L. Moscov
P.O. Box 8305
Waukegan, IL 60079-8305

Mr. Cooper
Attn: Donald Wooten
PO Box 619097
Dallas, TX 75261-9097

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Nationstar Mortgage LLC
c/o Gray & Associates, LLP
16345 West Glendale Dr
New Berlin, WI 53151-2841

Nationstar Mortgage LLC
8950 Cypress Waters Blvd
Coppell, TX 75019-4620

Office of the United States Trustee
780 Regent Street
Suite 304
Madison, WI 53715-1233

PayPal Credit / Synchrony Bank
c/o PRA Receivables management
PO Box 41021
Norfolk, VA 23541-1021

Plain Green LLC
93 Mark Road Suite 600
PO Box 270
Box Elder, MT 59521-0270

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
BUREAUS INVESTMENT GROUP PORTFOLIO NO 15
PO Box 788
Kirkland, WA 98083-0788

(p)PERITUS PORTFOLIO SERVICES II LLC
P O BOX 141419
IRVING TX 75014-1419

RISE Credit C/O Peritus Portfolio Services I
P.O. Box 141419
Irving, TX 75014-1419
IRVING, Tx 75014-1419

Noe Joseph Rincon
Krekeler Law S.C.
26 Schroeder Court, Suite 300
Madison, WI 53711-2503

Rise
4150 International Ste. 300
Fort Worth, TX 76109-4819

SPRING OAKS CAPITAL SPV, LLC
PO BOX 1216
CHESAPEAKE, VA 23327-1216

Scolopax, LLC
C/O Weinstein & Riley, P.S.
1415 WESTERN AVE, SUITE 700
SEATTLE, WA 98101-2051

Secretary of Treasury
Treasury Department
1500 Pennsylvania Avenue N.W.
Washington, DC 20220-0001

Securities and Exchange Commission
175 West Jackson Boulevard
Suite 900
Chicago, IL 60604-2908

(p)STATE COLLECTION SERVICE INC
2509 S STOUGHTON RD
MADISON WI 53716-3314

U.S. Trustee's Office
780 Regent Street, Suite 304
Madison, WI 53715-1233

UW Health
PO Box 620993
Middleton, WI 53562-0993

United States Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Wisconsin Department of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI 53708-8901

Wisconsin Department of Revenue
ATTN: Bankruptcy Unit, MS 5-144
P.O. Box 8901
Madison, WI 53708-8901

Wisconsin Department of Revenue
Compliance Bureau
PO Box 8901
Madison, WI 53708-8901

Wisconsin Dept. of Workforce Development
Division of Unemployment Insurance
P.O. Box 8914
Madison, WI 53708-8914

(p)ALLIANT ENERGY
300 E SHERIDAN AVE
CENTERVILLE IA 52544-2625

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Alaska USA Federal Credit Union
PO Box 196200
Anchorage, AK 99519-6613

(d)Global FCU f/k/a Alaska USA FCU
PO Box 196200
Anchorage, AK 99519

Mark Harring
122 West Washington Ave.
Suite 500
Madison, WI 53703-2578

Jora Credit
PO Box 8407
Philadelphia, PA 19101

Nationstar Mortgage
dba Mr. Cooper
PO Box 619096
Dallas, TX 75261-9741

(d)Nationstar Mortgage LLC
Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9741

Portfolio Recovery Associates  
PO Box 12914  
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC  
PO Box 41067  
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk VA 23541

RISE Credit  
Peritus Portfolio Services II, LLC  
PO BOX 141419  
IRVING, TX 75014-1419

(d)Rise  
PO Box 141419  
Irving, TX 75014-1419

(d)Rise Credit  
Peritus Portfolio Services II, LLC  
PO Box 141419  
Irving, TX 75015-1419

State Collection Service  
PO Box 6250  
Madison, WI 53716-0250

Wisconsin Power & Light Company  
300 East Sheridan  
Centerville, IA 52544

Addresses marked (c) above for the following entity/entities were corrected  
as required by the USPS Locatable Address Conversion System (LACS).

Check 'N Go  
2830 New Pinery Rd, Ste I  
Portage, WI 53901

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Capital One Auto Finance, a division of Ca  
4515 N. Santa Fe Ave. Dept. APS  
Oklahoma City, OK 73118-7901

(d)Capital One Auto Finance, a division of Ca  
4515 N Santa Fe Ave. Dept. APS  
Oklahoma City, OK 73118-7901

(d)Midland Credit Management, Inc.  
PO Box 2037  
Warren, MI 48090-2037

(d)Opal L. Hoffman  
W8110 Phillips Rd  
Poynette, WI 53955-8801

End of Label Matrix  
Mailable recipients   80  
Bypassed recipients    4  
Total                 84