**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| IN RE: | Case Number |
|---|---|
| Daniel C. & Opal L. Hoffman | 24-11089-13 |
| Debtors | |

**NOTICE AND MOTION TO DISMISS**

Standing Chapter 13 Trustee, Mark Harring brings on this motion and respectfully represents:

1. Debtors filed for relief under chapter 13 of the United States Bankruptcy Code on May 31, 2024.

2. The debtor is in default under the terms of the plan in this case. The payments required by the plan have not been made and no showing has been made of any just cause for the default.

    Payments must be made by one of the following: tfsbillpay.com, money order, cashiers check, or sent directly from an employer. IF MAILED, THE PAYMENTS MUST BE SENT TO: MARK HARRING, TRUSTEE, OFFICE OF CHAPTER 13 TRUSTEE, PO BOX 88004, CHICAGO, IL 60680-1004.

3. As of December 9, 2024 the debtors are in default in the amount of: $980.00 .

4. **In addition,** payments in the amount of $2,240.00 are required monthly

WHEREFORE your movant requests an order directing the dismissal of the above-captioned chapter 13 proceeding.

PLEASE TAKE NOTICE that you must object or request a hearing **on or before December 30, 2024** if you wish to contest this motion. Any objection or request for hearing that you file must be filed with the court at the address listed below. An objection or request for hearing should <u>set forth grounds to support the objection request.</u> If no objection or request for hearing is filed, the court shall grant the motion without a hearing and the case will be dismissed.

| | |
|---|---|
| Dated: December 9, 2024 | /s/ Mark Harring |
| | Standing Chapter 13 Trustee |

The Court's Address is:

United States Bankruptcy Court
120 N Henry
Room 340
Madison, WI 53703-2599

This copy of notice sent to:

United States Bankruptcy Court
120 N Henry
Room 340
Madison, WI 53703-2599

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| IN RE: | Case Number |
|---|---|
| Daniel C. & Opal L. Hoffman | 24-11089-13 |
| Debtors | |

## CERTIFICATE OF SERVICE

I, Chelsey Jones, state that on December 9, 2024 I deposited in the U.S. Mail a true and correct copy of the notice and motion for dismissal to the following listed parties in envelopes with return addresses in case of non-delivery, unless parties are served via the CM/ECF System sponsored by the Court.

United States Bankruptcy Court
120 N Henry
Room 340
Madison, WI 53703-2599

ATTORNEY NOE RINCON
KREKELER LAW SC
26 SCHROEDER COURT STE 300
MADISON, WI 53711

Daniel C. & Opal L. Hoffman
W8110 Phillips Rd
Poynette WI 53955

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Chelsey Jones
Office of the Standing Chapter 13 Trustee