THIS ORDER IS SIGNED AND ENTERED.

Dated: December 18, 2024

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Daniel C. Hoffman and Opal L. Hoffman<br><br>Debtors. | Chapter: 13<br><br>Case No. 24-11089-cjf |

### ORDER PURSUANT TO HEARING UPON NATIONSTAR MORTGAGE LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Pursuant to the motion for relief from the automatic stay of Nationstar Mortgage LLC, its successors and/or assignees (hereinafter "the movant") with respect to the property located at W8110 Phillips Rd, Poynette, WI 53955-8801, this matter was heard on December 2, 2024, the movant appearing through its counsel, Gray & Associates, L.L.P., by Christopher C. Drout, and the debtors appearing through Krekeler Law SC, by Noe Joseph Rincon, and upon the arguments and statements of counsel and all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the motion is denied subject to the terms and conditions of this order.

IT IS FURTHER ORDERED that the movant may file a supplemental claim for the post-petition arrearage which exists through the end of November 2024 in the amount of $7,408.45.

The arrearage is itemized as follows:

| | |
|---|---:|
| 9/1/24 through 11/1/24<br>3 mortgage payments @ $2,053.15 | $6,159.45 |
| Attorney Fees and Costs | 1,249.00 |
| TOTAL ARREARAGE | $7,408.45 |

IT IS FURTHER ORDERED that commencing in December 2024 and continuing through and including May 2025, the debtors shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due.   In the event any such payment is not received in a timely manner, the movant, its servicing agent or its counsel may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature.

IT IS FURTHER ORDERED that commencing in June 2025, the debtors shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due.   In the event any such payment is not received in a timely manner, counsel for the movant may request by letter another hearing upon the motion for relief from the automatic stay.

IT IS FURTHER ORDERED that pending further notice, the amount of the monthly mortgage payment is $2,053.15 and payments shall be made to the movant at Nationstar Mortgage LLC, PO Box 619094, Dallas, TX 75261-9741.

###