**Fill in this information to identify the case:**

Debtor 1: Daniel C. Hoffman

Debtor 2: Opal L. Hoffman
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Wisconsin
(State)

Case number: 3-24-11089-cjf

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Nationstar Mortgage LLC

**Court claim no.** (if known): 17

**Last 4 digits** of any number you use to identify the debtor's account: ******6217

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☑ Yes. Date of the last notice: 10 / 30 / 2024

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 12/31/2024 Supplemental POC | (5) | $ 250.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: | | (11) | $ |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          page 1

| Debtor 1 | Daniel C. Hoffman | | Case number (if known) | 24-11089 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Samantha Werner
Signature

Date 3/12/2025

Print: Samantha Werner
First Name  Middle Name  Last Name

Title: Authorized Agent for Creditor

Company: Aldridge Pite, LLP

Address: Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700
Number  Street
Atlanta  GA  30305
City  State  ZIP Code

Contact phone ( 404 ) 994 – 7400

Email: swerner@aldridgepite.com

ALDRIDGE PITE, LLP
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF WISCONSIN - MADISON DIVISION

| In re | Case No. 3-24-11089-cjf |
|---|---|
| Daniel C. Hoffman and Opal L. Hoffman, | Chapter 13 |
| Debtor(s). | **PROOF OF SERVICE** |

I, Amber Finch, declare that:

I am employed by Aldridge Pite, LLP. My business address is: Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305. I am over the age of eighteen years and not a party to this cause.

On March 14, 2025, I caused the NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES to be served in said case by electronic means through the court's CM/ECF system or through United States Mail, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true.

/s/Amber Finch
AMBER FINCH

PROOF OF SERVICE

- 1 -

# SERVICE LIST

**DEBTOR(S)
(VIA US MAIL)**

Daniel C. Hoffman
Opal L. Hoffman
W8110 Phillips Rd
Poynette, WI 53955

**DEBTOR(S) ATTORNEY
(VIA ELECTRONIC NOTICE)**

Noe Joseph Rincon

**CHAPTER 13 TRUSTEE
(VIA ELECTRONIC NOTICE)**

Mark Harring

**U.S. TRUSTEE
(VIA ELECTRONIC NOTICE)**

U.S. Trustee's Office